**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-20297-ALTMAN**

**DIMITAR TANUSHIN** and **WANDA LIZ FERNANDEZ**,

*Plaintiffs*,

*v.*

**SECRETARY OF HOMELAND SECURITY**, *et al.*,

*Defendants*.
______________________________________/

# ORDER

The Plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice [ECF No. 20] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED without prejudice**. The case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 10, 2026.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record